### COMMONWEALTH *vs.* JOHN BESTIN.

No appeal lies from the court of common pleas to this court in a criminal case; but the remedy is by exceptions.

INDICTMENT on *St.* 1855, *c.* 215, §§ 15, 17, for unlawful sales of intoxicating liquors.   The defendant demurred, and specially assigned the causes of demurrer.   The court of common pleas in Hampshire overruled the demurrer, and the defendant, upon a trial, was found guilty, and then moved in arrest of judgment, which motion was also overruled; and he appealed to this court.

*G. M. Stearns,* for the defendant.

*S. H. Phillips,* (Attorney General,) for the Commonwealth, contended that no appeal lay from the court of common pleas to this court in a criminal case — that right having been abolished by *St.* 1839, *c.* 161; and the *St.* of 1840, *c.* 87, giving an appeal in all matters of law apparent upon the face of the record, being confined to civil cases — and that the defendant should have filed a bill of exceptions.   And of that opinion were the court.         *Case remitted to court of common pleas.*